# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**DEBORAH LAUFER,**
**Individually,**

        **Plaintiff ,**

v.

**HIWAY HOUSE, INC. d/b/a**
**RUEBEL HOTEL, a Domestic**
**Corporation,**

        **Defendant.**

_____

Case No.: 3:20-cv-00760

## NOTICE OF VOLUNTARY DISMISSAL OF CASE WITH PREJUDICE

Plaintiff, by and through undersigned counsel, hereby moves this court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties. The parties further request that the Court retain jurisdiction to enforce the settlement agreement.

FOR THE PLAINTIFF:
*/s/ Kimberly A. Corkill*
Kimberly A. Corkill, Of Counsel
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (954) 478-7811
kimberlyatlaw@gmail.com
Florida Bar. Id. No. 84942
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that September 22, 2020 I filed the foregoing using the Clerk of Court's CM/ECF e-filing system, which will serve all counsel of record electronically.

                                    /s/*Kimberly A. Corkill*
                                      Attorney