IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEBORAH LAUFER,

Plaintiff,

v.

HIWAY HOUSE, INC.,
d/b/a Ruebel Hotel

Defendant.

Case No. 20-cv-760 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: January 14, 2021**          **MARGARET M. ROBERTIE, Clerk of Court**

                                         **s/Tina Gray, Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**